Patricia CASSAMAS

v.

MEMORIAL HOSPITAL.

No. 80–355–Appeal.

Supreme Court of Rhode Island.

April 28, 1983.

Raul L. Lovett, Lauren E. Jones, Providence, for plaintiff.

Charles E. Anderson, Providence, for defendant.

ORDER

This matter was argued before a three judge panel of the court pursuant to an order issued directing petitioner to show cause why her appeal should not be denied and dismissed.

After reviewing memoranda thereon and hearing arguments of counsel, we find that the appellate commission did not err in ruling that petitioner had failed to prove a nexus between her employment and her tuberculosis condition. It is the conclusion of the court that no cause has been shown. Therefore, the petitioner's appeal is denied and dismissed.

Bevilacqua, C.J., and Shea, J., did not participate.

■

Lori Beth DURFEE et al.

v.

COLONIAL PENN INSURANCE
COMPANY et al.

No. 82–579–A.

Supreme Court of Rhode Island.

April 29, 1983.

Sheila Tobie Swan, Vivian Tseng, Providence, for plaintiff.

Robert J. Dumouchel, Providence, John J. Finan, Pawtucket, for defendant.

ORDER

The motion of defendant Rhode Island Insurance Plan Service Center to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted. The motion of defendant Colonial Penn Insurance Company for affirmance of the Superior Court ruling is denied.

Weisberger, J., did not participate.